# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. JKB-07-0433** |
| **CHRISTOPHER HARRYMAN** | * | |
| **Defendant** | * | |

***

## MEMORANDUM AND ORDER

Now pending before the Court is the Defendant's MOTION FOR IMPOSITION OF A REDUCED SENTENCE PURSUANT TO SECTION 404 OF THE FIRST STEP ACT (ECF No. 172). The Government has responded (ECF No. 176) and the Defendant has replied (ECF No. 179). The Court has carefully reviewed all three submissions together with relevant portions of the lengthy record accumulated in this case.

Taking into account the complex but changed legal landscape, *see United States v. Gravatt*, 953 F.3d 258 (4th Cir. 2020); *United States v Wirsing*, 943 F.3d 175 (4th Cir. 2019), and the Court's authority to take into account all of the factors set out in 18 U.S.C. § 3553(a) at this juncture, including that statutory instruction to courts to "avoid unwarranted sentence disparities among defendants with similar records and who have been found guilty of similar conduct," 18 U.S.C. § 3553 (a)(6), the Court concludes that the sentence previously imposed on Count I should be reduced by 24 months, from 151 months to 127 months. The sentence on Count III, 60 months, is unchanged. The total sentence imposed in this case is now 187 months incarceration. All other terms of the sentence originally imposed remain unchanged.

The Court will issue an amended judgment and commitment order reflecting the new sentence.

Dated this __14__ day of January, 2021.

BY THE COURT:

*/s/ James K. Bredar*

James K. Bredar
Chief Judge

Dated this __14__ day of January, 2021.

BY THE COURT:

*[signature]*

James K. Bredar
Chief Judge